# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Martha H. Villasenor,

       Plaintiff,                     Civil 10-871 (RHK/FLN)

vs.                           **DISQUALIFICATION AND**
                                  **ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

       Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 23, 2010

                                                <u>s/Richard H. Kyle</u>
                                                RICHARD H. KYLE
                                                United States District Judge